ACCEPTED
03-15-00596-CV
8218229
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/14/2015 11:10:10 AM
JEFFREY D. KYLE
CLERK

NO. 03-15-00596-CV

**IN THE COURT OF APPEALS
THIRD DISTRICT OF TEXAS, AUSTIN**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/14/2015 11:10:10 AM
JEFFREY D. KYLE
Clerk

**GRACY WOODS I NURSING HOME**

Appellant,

v.

**MARTHA MAHAN, AS REPRESENTATIVE
OF THE ESTATE OF MARY RIVERA**

Appellee.

**ON INTERLOCUTORY APPEAL FROM
THE 250TH JUDICIAL DISTRICT, TRAVIS COUNTY, TEXAS**

**APPELLEE'S UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME TO FILE
APPELLEE BRIEF**

**JACK MODESETT
STATE BAR NO. 14244337
WALTER V. WILLIAMS
STATE BAR NO. 21584800
MODESETT WILLIAMS, PLLC
515 CONGRESS AVENUE, SUITE 1650
AUSTIN, TEXAS 78701
(512) 472-6097 TELEPHONE
(512) 481-0130 FACSIMILE**

**ATTORNEYS FOR APPELLEE**

TO THE HONORABLE COURT OF APPEALS:

1.   In accordance with TEX. R. APP. P. 10.5(b)(1) Appellee Martha Mahan, as Representative of the Estate of Mary Rivera brings this unopposed request for an extension of time to file Appellee's Brief.

2.   This motion is Appellee's second request for extension of time to file its Brief.

3.   Appellee's deadline to file its brief is currently December 14, 2015.

4.   Appellee seeks a 7 day extension. If granted, Appellee's deadline to file its Brief would be December 21, 2015.

5.   Appellee requests the extension due to appellee counsel's commitments in other matters, which will affect counsel's ability to devote a sufficient amount of time to file Appellee's Brief.

6.   Counsel for Appellant does not object to Appellee's request for a 7 day extension of time to file Appellee's Brief.

7.   Appellee does not seek this extension of time for the sole purpose of delay but so that justice may be done.

# PRAYER

WHEREFORE, PREMISES CONSIDERED, Appellee Martha Mahan, as Representative of the Estate of Mary Rivera, respectfully requests that this Court grant an additional fourteen days from December 14, 2015 to December 21, 2015 for Appellee to file its Brief.

Respectfully submitted,

**MODESETTWILLIAMS, PLLC**
515 Congress Avenue, Suite 1650
Austin, Texas 78701
512.472.6097 – Telephone
512.481.0130 – Telecopier
jack@jmodesettlaw.com
walter@modwill.com

By: _____
Jack Modesett, III
Texas Bar No. 14244337
Walter V. Williams
Texas Bar No. 21584800

## CERTIFICATE OF CONFERENCE

Counsel for Appellee conference with counsel for Appellee concerning this request for a 7 day extension via email on December 14, 2015. Counsel for Appellee does not oppose the request.

_____
Jack Modesett

## CERTIFICATE OF SERVICE

Pursuant to rule 9.5 of the Texas Rules of Appellate Procedure, I hereby certify that a true and correct copy of the foregoing instrument has been filed electronically and delivered electronically and via facsimile to the following counsel of record on this 14th day of December, 2015:

Emily Davenport                                              *(612) 660-5979*
Reed, Claymon, Meeker & Hargett, PLLC
5608 Parkcrest Drive, Suite 200
Austin, Texas 78731
edavenport@rcmhlaw.com

_____
Jack Modesett